IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | No. 5:21-CR-0007 |
| v. § | JUDGE SCHROEDER |
| § | |
| DARRELL RENARD WITCHER § | |

## ELEMENTS OF THE OFFENSE

The essential elements which must be proven beyond a reasonable doubt to establish a violation of the offense charged in the Indictment are as follows:

### Count One
### 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii)

*First*: That the defendant knowingly possessed a controlled substance;

*Second*: That the substance was in fact a mixture or substance containing methamphetamine;

*Third*: That the defendant possessed the substance with the intent to distribute it or did distribute it; and

*Fourth*: That the quantity of the substance was at least five hundred grams.

*Comment*: To "possess with intent to distribute" simply means to possess with intent to deliver or transfer possession of a controlled substance to another person, with or without any financial interest in the transaction.

*Comment:* The government must prove beyond a reasonable doubt that the defendant knew he possessed a controlled substance, but need not prove that the defendant knew what particular controlled substance was involved.

Respectfully submitted,

NICHOLAS J. GANJEI
Acting United States Attorney

*/s/ Jonathan R. Hornok*
JONATHAN R. HORNOK
Assistant United States Attorney
Utah State Bar Number 15166
500 State Line Ave N., Suite 402
Texarkana, Texas 75501
(903) 792-8453
Jonathan.Hornok@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that this has been served on counsel for defendant via the court's CM/ECF system.

*/s/ Jonathan R. Hornok*
JONATHAN R. HORNOK
Assistant United States Attorney
